UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    JOHN Z. OWENS SR<br>    SANDRA A. OWENS<br><br>                        Debtors | CASE NO: 06-30525<br>            (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105273**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 26/MB/ 83 | DELL FINANCIAL SERVICES<br>COLLECTION/CONSUMER BANKRUPTCY<br>12234B NORTH I-35<br>AUSTIN, TX  78753 | 32.51 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/18/2011

Certificate of Service                06-30525

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOHN Z. OWENS SR
SANDRA A. OWENS
41 SUNSET STREET
NEW LEBANON, OH  45345

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(91.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(83.1)
DELL FINANCIAL SERVICES
COLLECTION/CONSUMER BANKRUPTCY
12234B NORTH I-35
AUSTIN, TX  78753

(85.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(88.1n)
NATIONAL CITY MORTGAGE
3232 NEWMARK DRIVE
MIAMISBURG, OH  45342

(86.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv